# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BORGO REAL ESTATE, INC.,**

**Plaintiff,**

-vs-                                                    Case No.  6:09-cv-696-Orl-22DAB

**THE RESORT RESIDENCES AT WALKABOUT, LLC,**

**Defendant.**

_____

## ORDER

This cause is before the Court on Motion for Default Judgment (Doc. No. 8) filed on June 12, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted, as supplemented.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed September 10, 2009 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Motion for Default Judgment (Doc. No. 8) is GRANTED.

3.     The Clerk is directed to enter judgment providing that the Purchase and Sale Agreements entered into between the parties on December 30, 2006 and May 28, 2007 are

hereby RESCINDED.  Plaintiff BORGO REAL ESTATE INC. shall recover from Defendant THE RESORT RESIDENCES AT WALKABOUT, LLC the deposits of $877,880.00, plus prejudgment interest of $50,339.77, for a total amount due of **$928,219.77**.

     4.     Costs shall be taxed by the Clerk in the ususal course, upon filing a Bill of Costs.

     5.     The Clerk is directed to CLOSE the file.

     **DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 4, 2009.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party